UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O BULLOCK, | No. 2:13-cv-2634 AC P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The application attacks a conviction issued by the Los Angeles County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. See 28 U.S.C. § 2241(d); see also Braden, 410 U.S. at 499 n.15.

////

////

////

////

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2    This matter is transferred to the United States District Court for the Central District of
3  California.

4  DATED: January 2, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE